23-08766MB(MAA)

**AFFIDAVIT**

I, William P. Akins, a Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, depose and state:

**INTRODUCTION:**

1.  I am a Postal Inspector with the United States Postal Inspection Service, in Tucson, AZ, and have been employed as such since February of 2019.  Since February of 2019, I have been stationed at the Tucson, Arizona office of the Phoenix Division. I attended the fourteen-week training course at the United States Postal Inspection Service Academy in Potomac, Maryland. There I received training related to violations of federal law including assaults, robberies, and criminal investigations of narcotics trafficking via the United States Mail. Prior to becoming a Postal Inspector, I was employed as a United States Border Patrol Agent for approximately 13 years. Throughout my law enforcement career, I have had extensive training and experience investigating a variety of criminal violations including controlled substances. During my 17-year career as a Federal Law Enforcement Officer, I have been involved in numerous criminal investigations which have resulted in arrests, recovery of evidence and seizure of property.  I have also written and executed numerous search warrants resulting in the seizure of thousands of dollars and controlled substances.

**DESCRIPTION OF SUBJECT PARCEL:**

2.  This affidavit is made in support of an Application and Affidavit for Search Warrant for a United States Postal Service (USPS) Priority Mail Express (PME) parcel.  The parcel has tracking number EE 448 717 414 US, with $28.95 in postage, postmarked from Fort Pierce, Florida on May 2, 2023.  It has a return address of "Deborris Forgues, 2202 North 47th Street, Fort Pierce, FL, 34946" and is addressed to "Eduardo Sanchez, 2818 N. Estrella Ave, Tucson, AZ 85705".

The article consists of a USPS PME flat rate mailing envelope measuring approximately 15" x 9.5" and weighs approximately 1 pound and 9 ounces.  It is hereafter referred to as "SUBJECT PARCEL 1".

**BACKGROUND ON USPS DRUG INTERDICTION IN SOUTHERN ARIZONA AND THE USPS DRUG MAIL PROFILING PROGRAM:**

3.  From my training, personal experience, and the collective experiences related to me by other Postal Inspectors who specialize in investigations relating to the mailing of controlled substances and the proceeds from the sale of controlled substances, I am aware that the southern Arizona international border is a leading area for the entry of controlled substances from Mexico into the U.S.  Based on the large quantities of controlled substances entering southern Arizona, controlled substances are frequently transported from southern Arizona via the United States Mail to areas across the United States, primarily to the large metropolitan areas in the eastern United States and Puerto Rico.  It is also common for the proceeds from the sale of the controlled substances to be sent to southern Arizona via the United States Mail.  By using the U.S. Mail to ship controlled substances, these drug traffickers put unknowing postal employees who handle and deliver those mailings at risk.

4.  Based on the frequent use of the United States Mail for the shipment of controlled substances from southern Arizona and California, Postal Inspectors in Tucson and other locations near the southwest border routinely observe inbound and outbound mail articles for suspicious characteristics common to mailings of drugs and drug proceeds.  While there are many characteristics that experienced inspectors look for, the most common characteristics found are:

    a.  Suspected parcels are mailed to or from known drug destination areas, primarily the large metropolitan areas in United States and Puerto Rico.

b. The sender names and addresses on drug or drug proceeds parcels routinely contain misspellings, incomplete, inaccurate, unauthorized and/or fictitious information.

c. A tracking number is used to provide the trafficker the ability to track the parcel's progress to the point of delivery.

d. The postage was paid with cash which leaves no trail identifying the mailer.

5. Parcels found to meet some or all of the suspicious characteristics described in subsections "a" through "d" of this paragraph are further investigated by Postal Inspectors.

**INVESTIGATIVE DETAILS:**

6. On May 3, 2023, during interdiction activities in Tucson, Arizona I was made aware of SUBJECT PARCEL 1 and requested SUBJECT PARCEL 1 be sent to my office for further investigation.

7. On May 3, 2023, I received an image of SUBJECT PARCEL 1 and learned the following:

a. It was mailed from Florida, which is an area I know to be a destination for drug parcels and a source area for proceeds from the sale of those drugs.

b. It had a tracking number.  From my experience, I know that nearly all drug and drug proceeds parcels bear tracking numbers allowing the sender and receiver to track the progress of the shipment from origination to destination.

c. The subject parcel was paid for in cash to keep the anonymity of the sender from being identified by law enforcement.

d. There was a phone number listed on the return portion of the mailing label.

8. On May 3, 2023, and on May 8, 2023, I attempted to call the phone number several times, but there was no answer and there was no voicemail set up for the telephone number. In my experience, legitimate PME parcels have working phone numbers with the ability to leave

messages in the event a problem arises with the parcel and the sender needs to be notified.  In my experience, legitimate PME parcels also have a phone number listed for the recipient.  SUBJECTP PARCEL 1 does not contain a phone number for the recipient.

9. On May 8, 2023, I accessed "Thomson Reuters CLEAR" to check for records of the names and addresses listed on SUBJECT PARCEL 1.  Thomson Reuters CLEAR is an online service that provides an extensive collection of public records used primarily by corporate security departments and law enforcement agencies nationwide for investigative purposes.  There were no current records associating the sender with the corresponding address listed on the parcel.

10. Canine Examination:

    a. On May 8, 2023, at approximately 9:22 a.m., I met with Supervisory Border Patrol Agent Canine Handler Chris Jbara and his canine partner Toto. Agent Jbara's canine is trained and certified to detect the odors of marijuana, heroin, cocaine, methamphetamine and their derivatives.  I placed SUBJECT PARCEL1 in a cleared area for examination by Agent Jbara and Toto.  Agent Jbara informed me that Toto alerted to SUBJECT PARCEL 1 indicating the presence of narcotics or a controlled substance, or other evidence with an odor of narcotics or a controlled substance within the parcel.

11. Based on the facts set forth in this affidavit, I believe there is probable cause to show that SUBJECT PARCEL 1 contains controlled substances and/or proceeds from the sale of controlled substances, constituting evidence of violations of 21 U.S.C. § 841 (a) (1), Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 843 (b), Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance, and 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute a Controlled Substance.

12. This affidavit is submitted for the limited purpose of seeking authorization to search SUBJECT

    PARCEL 1. Your Affiant has not set forth each and every fact known to him regarding the

    investigation.


*William P. Akins*
William P. Akins
United States Postal Inspector

Subscribed and sworn to me telephonically on
this 8th day of May, 2023

Michael A. Ambri
United States Magistrate Judge