# RETURN

☒ FILED ☐ LODGED
**May 09 2023**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 23-08766MB(MAA)

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5-8-23 | 5-9-23 950 AM | N/A |

**INVENTORY MADE IN THE PRESENCE OF**

D. Bullard / W. Akins

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Packaging material

$10,000 US Currency

## NOT EXECUTED

☐ This Warrant was Not Executed.
(check this box if the warrant was never executed and leave the sections above blank.)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 5-9-23

Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title